IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19-CR-3076 |
| vs. | **ORDER** |
| NOE JUAREZ-GARCIA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing [26](#)) is granted.

2. Defendant Noe Juarez-Garcia's sentencing is continued to November 26, 2019, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 31st day of October, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge